UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TYLER A. SAGER,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No.  5:25-cv-102-TKW-MJF**

**RAYMOND DAVIS,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15) and Plaintiff's objections (Doc. 18).  The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to plausibly allege any constitutional violations.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED under 28 U.S.C. §§1915(e)(2)(B) and 1915A(b) for failure to state a claim on which relief may be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 15th day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**